costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ED-JAC REALTY CORPORATION, Plaintiff, v. HERMANN FELD and Others, Defendants. CARL W. STERN, Plaintiff v. ED-JAC REALTY CORPORATION and Others, Defendants. 279 FIFTH AVENUE CORPORATION, Appellant, Respondent, v. ED-JAC REALTY CORPORATION, Defendant; HERMANN FELD and Others, Respondents, Appellants; HARRY N. FRENCH, as Receiver, etc., Respondent.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX ROSENSTOCK and Others v. VIOLA CARPENTER, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SYLVIA SIMON, an Infant, etc., v. HYMAN RECHTSEIT.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES N. BUTTERLY, Individually, etc., v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of WILLIAM H. WERFELMAN, for Payment of the Award for Parcel No. 3 in a Proceeding by the City of New York to Acquire Title to Certain Lands and Premises on the Northerly Side of Jannings Street, between Longfellow Avenue and Boone Avenue, Borough of The Bronx, Duly Selected as a School Site.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MANUFACTURERS TRUST COMPANY v. HARRY HORN and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH HOMSY v. MAX SCHWARZ TEXTILE CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion granted so far as to permit the petitioners to file a brief as amici curiæ. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARTHUR H. GACKEN, as Receiver, etc., v. ARACOMA DRAPERY FABRICS CO., INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MAURICE S. CALMAN for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

POCANTICO REALTY CORPORATION v. RICHARD BURKE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PARK BINGHAM MINING COMPANY v. GEORGE GRAHAM RICE, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of BENJAMIN FRANKEL for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.